UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **MICHAEL J. RUTKOWSKI**

Case Number: 18-51686-MLO
Chapter 13
Judge OXHOLM

Debtors.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED CHAPTER 13 PLAN MODIFICATION

Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtor's Plan payment is hereby decreased to $1,345.00 semi- monthly beginning with payment due on August 7, 2019.
- Debtor's Plan payment shall increase to $1,545.30 semi-monthly beginning January 6, 2012.
- Debtor's Plan payment shall increase to $1,705.00 semi-monthly beginning October 7, 2022.

The reduction in the Plan payment is necessary as Debtor's health insurance premiums have increased, therefore reducing the amount available to fund plan.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: no adverse impact.
Class Five: n/a
Class Six: no adverse impact.
Class Seven: n/a
Class Eight: n/a
Class Nine: no adverse impact

Dated: August 9, 2019

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **MICHAEL J. RUTKOWSKI**

Case Number: 18-51686-MLO
Chapter 13
Judge OXHOLM

Debtors.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtor's Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtor's Plan payment is hereby decreased to $1,345.00 semi- monthly beginning with payment due on August 7, 2019.
- Debtor's Plan payment shall increase to $1,545.30 semi-monthly beginning January 6, 2012.
- Debtor's Plan payment shall increase to $1,705.00 semi-monthly beginning October 7, 2022.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **MICHAEL J. RUTKOWSKI**

                        Case Number: 18-51686-MLO
                        Chapter 13

Debtors.
                        Judge OXHOLM

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

        Tammy L. Terry, Chapter 13 Trustee
        535 Griswold, Suite 2100
        Detroit, MI 48226

        Acclaim Legal Services, PLLC
        8900 E. 13 Mile Road
        Warren, MI 48093

Dated: August 9, 2019
                        /s/ William D. Johnson
                        WILLIAM D. JOHNSON (P54823)
                        Acclaim Legal Services, PLLC
                        8900 E. 13 Mile Road
                        Warren, MI 48093
                        (248) 443-7033
                        filing@acclaimlegalservices.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **MICHAEL J. RUTKOWSKI**

                                                                  Case Number: 18-51686-MLO
                                                                  Chapter 13

Debtors.                                                               Judge OXHOLM

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

**PROOF OF SERVICE**

LEANNA B. SIKES, hereby certifies that on August 9, 2019 she served a copy of the following documents electronically or by the United States Postal Service:

- Notice of Proposed Post-Confirmation Modification
- Proposed Order
- Proof of Service

upon:

    Tammy L. Terry, Chapter 13 Trustee
    535 Griswold, Suite 2100
    Detroit, MI 48226

    All parties on the attached Matrix


Dated: August 9, 2019                /s/ Leanna B. Sikes
                                          Leanna B.Sikes
                                          Acclaim Legal Services, PLLC
                                          8900 E. 13 Mile Road
                                          Warren, MI 48093
                                          (248) 443-7033
                                          filing@acclaimlegalservices.com

BSS Bankruptcy Software Specialists — 13Network
ACCLAIM LEGAL SERVICES  Case Query  Calendar
Enter Case Number, Name, Social Security Number, or @1st Address Line: [Go]
LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 18-51686-MLO Michael J. R

**18-51686-MLO** Michael J. Rutkowski  (xxx-xx-9849) 14031 Greentrees • • Riverview • MI • 48193  $1,573.30 SM/  Bar Date(s): 11/1/2018 (has passed) 2/19/20:

Confirmed: 3/22/2019

Trustee: Tammy L. Terry    Attorney: ACCLAIM LEGAL SERVICES, PLLC    Case Status: Active, Open Case

The data on these pages has not been audited and is provided for general information only.

5 Month(s) since Confirmation  UP = $43,680.00  TPI = $29,083.10  TPILR = $29,083.10  BOH = $2,894.32  BOH+FEES = $3,146.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE, CLs 2** | | | | | | | |
| 1 | ACCLAIM LEGAL SERVICES, PLLC | $8,917.59 | | | | | | |
| | **ARREARS,** | | | | | | | |
| 2 | ADDED CREDITOR | $2,500.00 | | $2,500.00 | | | $2,500.00 | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **CONT Lease, Sec or Vehicle,** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **SPECIAL UNS** | | | | | | | |
| 17 | MI UIA - RESTITUTION | $23,264.15 | | $23,264.15 | | | $23,264.15 | |
| | **WATER BILL** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE Ongoing monthly payment** | | | | | | | |
| 33 | Selene Finance | | | | | $1,108.05 | $60,942.75 | |
| 34 | WELLS FARGO BANK | | | | | $399.78 | $21,987.90 | |
| | **A-MORTGAGE ARREARS Pre-Petition** | | | | | | | |
| 35 | Selene Finance | $22,168.09 | | $22,168.09 | | | $22,168.09 | |
| 36 | WELLS FARGO BANK | $5,596.92 | | $5,596.92 | | | $5,596.92 | |
| | **A -MORTGAGE ARREARS (post/pre GAP)** | | | | | | | |
| 37 | Selene Finance | $7,756.35 | | $1,206.29 | | | $1,206.29 | |
| 38 | WELLS FARGO BANK | $2,798.46 | | $435.23 | | | $435.23 | |
| | **SECURED CLASS 5.3 EMPmts** | | | | | | | |
| 39 | ADDED CREDITOR | | | | | | | |
| 40 | ADDED CREDITOR | | | | | | | |
| | **NTIS ARREARS** | | | | | | | |
| 41 | ADDED CREDITOR | | | | | | | |

Change Line# 0  [OK]  Plan Terms 55  [Calc]  Unsecured % 0  [Calc]  Due to Creditors: $1,638.95  $150,110.1
Restart                                                                In from Debtor:   $2,690.00   $151,096.0

Trustee's % 8
Lump Sum $ 3,146.00
Delete Line 0  [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| TENNECO AUTOMOT ▽ | $1,345.00 | SEMI-MONTHLY ▽ | $ | ? |
| Michael J. Rutk ▽ | $0.00 | WEEKLY ▽ | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd |
|---|---|---|---|
| DEBTOR ▽ | $0.00 | WEEKLY ▽ | $ |

Tammy L. Terry - Detroit, MI    Your Chapter 13 Information Management System    ©2019 BSS LLC

18-51686-mlo  Doc 56  Filed 08/09/19  Entered 08/09/19 15:52:49  Page 5 of 10
https://www.13network.com/13netv3/CaseFrameLoaded.aspx?cid=44613    8/3/2019

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | | | | | |
| 14031 Greentrees Riverview, MI 48193 Wayne County | 170,000.00 | 248,806.00 | 0.00 | 0.00 | 0.00 |
| **PERSONAL RESIDENCE (total)** | 170,000.00 | 248,806.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| Household Goods & Furnishing | 3,000.00 | 0.00 | 3,000.00 | 3,000.00 | 0.00 |
| **HHG/PERSONAL EFFECTS (total)** | 4,851.00 | 0.00 | 4,851.00 | 4,851.00 | 0.00 |
| **JEWELRY** | | | | | |
| Jewelry | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 |
| **JEWELRY (total)** | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | | | | | |
| Cash | 10.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **CASH/BANK ACCOUNTS (total)** | 1,010.00 | 0.00 | 510.00 | 510.00 | 0.00 |
| **VEHICLES** | | | | | |
| 2013 Honda Accord 48000 miles | 12,800.00 | 15,311.00 | 0.00 | 0.00 | 0.00 |
| 2014 Chrysler Town & Country 70000 miles | 13,000.00 | 5,581.00 | 7,419.00 | 7,419.00 | 0.00 |

| Item | Value | Amount Owed | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|
| 1998 Harley Davison motorcycle | 6,000.00 | 7,719.00 | 0.00 | 0.00 | 0.00 |
| 2011 Cadillac CTS 78000 miles | 11,850.00 | 16,026.00 | 0.00 | 0.00 | 0.00 |
| **VEHICLES (total)** | 43,650.00 | 44,637.00 | 7,419.00 | 7,419.00 | 0.00 |
| **OTHER (*itemize*)** | | | | | |
| Federal/State: 2018 anticipated tax refunds | 700.00 | 0.00 | 700.00 | 700.00 | 0.00 |
| Term life insurance policy - Metropolitan Beneficiary: non-filing spouse | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| term policy - Allstate Beneficiary: non filing spouse | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| **OTHER (total)** | 702.00 | 0.00 | 702.00 | 702.00 | 0.00 |

| | |
|---|---|
| Amount available upon liquidation | $ 0.00 |
| Less administrative expenses and costs | $ 725.25 |
| Less priority claims | $ 0.00 |
| Amount Available in Chapter 7 | $ 0.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 18-51686-mlo<br>Eastern District of Michigan<br>Detroit<br>Fri Aug  9 15:36:28 EDT 2019 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Heather R. Burnard<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Ryan Byrd<br>1650 West Big Beaver Road<br>Troy, MI 48084-3534 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Chrysler Financial/TD Auto Finance<br>Attn: Bankruptcy<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | Citibank/Goodyear<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Ford Motor Credit Company<br>Szuba & Associates PLLC<br>40600 Ann Arbor Rd., Ste. 100<br>Plymouth, MI 48170-4675 | Harley Davidson Financial<br>Po Box 21829<br>Carson City, NV 89721-1829 |
| Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Huntington Natl Bk<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 | Shannon W. Husband<br>Cadillac Place<br>3030 W. Grand Blvd<br>Ste 9-600<br>Detroit, MI 48202-6030 |
| William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding/Resurgent Capital<br>Po Box 10497<br>Greenville, SC 29603-0497 | Lincoln Automotive Financial Service<br>Attn: Bankruptcy<br>Po Box 542000<br>Omaha, NE 68154-8000 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| MTGLQ Investors, L.P.<br>Attention Cashiering<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042-4546 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Michigan Unemployment Insurance Agency<br>3030 W. Grand Blvd., Ste 9-600<br>Detroit, MI 48202-6030 |

| | | |
|---|---|---|
| Michigan Unemployment Insurance Agency<br>c/o Shannon W. Husband<br>3030 W. Grand Blvd., Ste. 9-600<br>Detroit, MI 48202-6030 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Ryan Allen Paree<br>8900 E. Thirteen Mile Road<br>Warren, MI 48093-2206 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, Texas 75247-4029 | Brian D. Rodriguez<br>8900 E. 13 Mile Road<br>Warren, MI 48093-2206 | Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Michael J. Rutkowski<br>14031 Greentrees<br>Riverview, MI 48193-7833 | SYNCHRONY BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Santander Consumer USA Inc. d/b/a/ Chrysler<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 |
| State of Michigan UIA<br>Benefit Overpayment Collection Sub Unit<br>P.O. Box 9045<br>Detroit, MI 48202-9045 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Auto Finance LLC<br>P.O. Box 16041<br>Lewiston, ME 04243-9523 |
| THE HARTFORD<br>CENTRAL RECOVERY OFFICE<br>PO BOX 14272<br>LEXINGTON KY 40512-4272 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 |
| Trott Law, PC<br>31440 Northwestern Hwy., Ste. 200<br>Farmington Hills, MI 48334-5422 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | WILBER & ASSOCIATES FOR THE HARTFORD<br>210 LANDMARK DRIVE<br>NORMAL, IL 61761-2119 |
| Wells Fargo Bank, N.A.<br>1000 Blue Gentian Road<br>N9286-01Y<br>Eagan, MN 55121-7700 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Edmund Yee<br>280 W. Maple Road<br>Suite 220<br>Birmingham, MI 48009-3344 |

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

(u)Rushmore Loan Management Services, LLC

(d)TD Auto Finance LLC
P.O. Box 16041
Lewiston, ME 04243-9523

End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63